■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND M. STEED, Also Known as JOHN DOE, Appellant. [53 NYS3d 840]—Motion to dismiss granted. Memorandum: The matter is remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (see People v Matteson, 75 NY2d 745 [1989]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL L. VALDEZ, Appellant. [53 NYS3d 584]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from a Judgment of the Oswego County Court, Donald E. Todd, J.—Burglary, 3rd Degree.) Present—Whalen, P.J., Smith, Carni, Curran and Scudder, JJ.